UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFONSO TORRES SANCHEZ, | ) | 1:09-cv-02248-JLT HC |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY |
| | ) | SANCTIONS SHOULD NOT BE IMPOSED |
| v. | ) | FOR FAILING TO COMPLY WITH A |
| | ) | COURT ORDER |
| ERIC HOLDER, JR., et al., | ) | |
| | ) | TWENTY DAY DEADLINE |
| Respondents. | ) | |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 18, 2010, this Court issued an Order to Show Cause why the petition should not be granted. (Doc. 4). That Order to Show Cause required Respondent to file a response within forty-five days of the order's date of service pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The response was due by May 5, 2010. Fifty-eight days have elapsed since that time; however, no response has yet been filed by Respondent. A review of the Court's electronic docketing system indicates that Respondent's counsel, the United States Attorney's Office, was served with the Order to Show Cause at the appropriate address.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions authorized by state or Rule or within the inherent power of the Court."

1  Accordingly, Respondent is HEREBY ORDERED, within twenty (20) days of service of this
2  order, to SHOW CAUSE why appropriate sanctions should not be imposed for failing to obey a
3  court order.

5  IT IS SO ORDERED.

6  Dated:   **May 19, 2010**                                                                                            /s/ Jennifer L. Thurston
                                                                                                                                        UNITED STATES MAGISTRATE JUDGE